LITIGATION LAW GROUP
Gordon M. Fauth, Jr. (SBN: 190280)
gmf@classlitigation.com
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 337-1431

Attorney for Plaintiff JAMES R. PITTMAN
[Additional counsel appear on signature pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation | CASE NO. M 09-02045 JW |
| | **CLASS ACTION** |
| THIS MATTER RELATES TO THE FOLLOWING CASES: | **DECLARATION OF ALAN M. MANSFIELD IN SUPPORT OF CLASS PLAINTIFFS' JOINT MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL STRUCTURE** |
| Case No. C 08-05375 JW | |
| Case No. C 08-05810 JW | |
| Case No. C 09-00121 JW | Hearing Date:  November 2, 2009 |
| Case No. C 09-00122 JW | Time:          9:00 a.m. |
| Case No. C 09-00187 JW | Courtroom:     Hon. James Ware |
| Case No. C 09-00275 JW | |
| Case No. C 09-00330 JW | |
| Case No. C 09-01028 JW | |
| Case No. C 09-03277 JW | |
| Case No. C 09-03278 JW | |
| Case No. C 09-03321 JW | |
| Case No. C 09-03353 JW | |
| Case No. C 09-03577 JW | |

I, ALAN M. MANSFIELD, declare as follows:

1

MANSFIELD DECL ISO MOTION FOR APPOINTMENT OF INTERIM CLASS         CASE NO.:  M 09-02045 JW
COUNSEL STRUCTURE

1. I am an attorney at law licensed to practice in the State of California, and one of the attorneys of record herein. I have personal knowledge of the facts contained herein and, if called as a witness, could competently testify to such facts. I submit this Declaration in Support of Plaintiffs' Joint Motion For Appointment of Interim Class Counsel Structure.

2. Attached hereto as Exhibits 1 through 12 are true and correct copies of the resumes of the following firms:

- Whatley Drake & Kallas LLC
- Emerson Poynter LLP
- Finkelstein Thompson LLP
- Glancy Binkow & Goldberg LLP
- Heninger Garrison Davis LLC
- Hiden Rott & Oertle LLP
- Litigation Law Group
- The Consumer Law Group
- Schoengold & Sporn P.C.
- Coughlin Stoia Geller Rudman & Robbins LLC
- Faruqi & Faruqi
- Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein

3. As indicated in its firm resume (Ex. 1), Whatley Drake & Kallas, LLC ("WD&K") has routinely served in leadership roles in significant complex class action litigation, including consumer, securities, 401-K, healthcare, insurance, employment and mass tort litigation. In 2007, WD&K was one of thirteen firms named to the National Law Journal's "Plaintiffs' Hot List," the annual list of the country's most prominent plaintiffs' firms. WD&K's national practice includes approximately 40 lawyers nationwide across offices in Birmingham, Alabama, New York City, and Boston. WD&K and its partners have served as co-lead counsel in numerous class actions that have recovered billions of dollars for class members. Examples of recent cases in which WD&K served in a leadership role and was extensively involved in the litigation and negotiation of settlements include: *In re: Managed Care Litigation* (resulting in billions of dollars in cash and

2

value to a class of 900,000 physicians throughout the United States); *In re Insurance Brokerage Antitrust Litigation* (settlements with defendants Zurich Insurance Company and Arthur J. Gallagher on behalf of commercial policyholders for in excess of $130 million); *In re: Qwest Savings and Retirement Plan ERISA Litigation* (approximately $37.5 million); *In re: HealthSouth Corporation Securities Litigation* ($445 million); *In re Denney v. Jenkens & Gilchrist* ($81.6 million settlement on behalf of former clients of Jenkens & Gilchrist in connection with illegal tax shelters); *In re MedPartners Securities Litigation* ($65 million); *In re Kmart 401(k) Litigation* ($11.75 million). They have also represented consumers in nationwide class action cases including *Spencer v. Shell Oil (*firm obtained a settlement of approximately $1 billion to repair and replace leaking pipes and fittings for homeowners*); In re Mattel, Inc. Toy Lead Paint Products Liability Litigation*, MDL No. 1897 (WD&K is Co-Lead Counsel for a class of consumers of recalled toys due to their lead content or that were defectively designed with magnets; *Hoffman v. American Express Travel Related Services Co., Inc.* (WD&K represents American Express cardholders who enrolled in a flight and baggage insurance program under which subscribing cardholders are automatically charged an insurance premium each time a flight is booked); *Pineda v. Vitamin Shoppe* (WD&K represents a class of purchasers of Vitamin Shoppe's "Especially for Women" vitamins that allegedly were contaminated by lead and/or contained less calcium than the label indicated); *White v. Bed Bath and Beyond* (WD&K represents a class of purchasers of bedding and linen products from Bed Bath and Beyond that allegedly contained an inflated thread count in a manner which the Federal Trade Commission has ruled is deceptive to consumers); and *In re Subprime Lending Litigation/Countrywide Financial Corp*. (S.D. Cal.) (representing a class of borrowers against Countrywide Financial Corp, et al pursuing claims under the Racketeer Influenced and Corrupt Organizations Act and California law involving an alleged fraudulent scheme to systematically steer unwary borrowers into "subprime" mortgages and loans with excess charges and inadequately disclosed risks). I have worked with Joe R. Whatley Jr., and know he has significant experience in leading important consumer class actions. For example, he was one of the lead counsel in the natural polybutylene litigation, which produced one of the largest consumer class action settlements. In

3

addition to having argued before the United States Supreme Court, he has also argued before many Circuit Courts of Appeals, including the Ninth Circuit.

4. As indicated in its firm resume (Ex. 2), Emerson Poynter LLP has a national and international class action legal practice with offices in Houston, Texas, and Little Rock, Arkansas. Emerson Poynter handles complex commercial litigation with a concentration in those cases that involve violations of consumer protection laws, federal and state securities or antitrust laws, and ERISA. Examples of recent cases in which Emerson Poynter served in a leadership role and was involved in the litigation and negotiation of settlements include: *In re Enron ERISA Litigation* (settlement value of approximately $220 million); *In re AOL-Time Warner Derivative Litigation* (substantial factor in ability to obtain approximately $200 million in additional funds from directors' and officers' insurance carriers); and *Sumner, et al. v. Alltel Corp., et al.*, Case No. 2003-68, Cir. Ct. of Lonoke County, Ark. (co-lead counsel in this consumer case with settlement relief valued at approximately $44 million). Emerson Poynter has also served in a leadership capacity in cases such as *In re Computer Associates International, Inc. Derivative Litigation, In re Nicor Inc. Derivative Litigation*, and *In re Cryolife, Inc. Derivative Litigation.* Emerson Poynter currently serves as Co-Lead Counsel in three Multidistrict Litigation ("MDL") cases involving product liability and consumer protection issues. In 2004, Emerson Poynter was appointed as Plaintiffs' Co-Lead Counsel in *In re Farmers Insurance Co., Inc. FCRA Litigation* (the "*Farmers MDL Action*"), which is currently pending in the Western District of Oklahoma. This case is being litigated on behalf of a certified class of Farmers' current and past customers who were charged more than the lowest premium for insurance based upon information in a consumer report, and received certain "adverse action" notices that allegedly failed to conform to the Fair Credit Reporting Act. In 2006, Emerson Poynter was appointed to serve as Co-Chairman of Plaintiffs' Executive Committee representing numerous long-grain rice farmers in Arkansas, Missouri, Mississippi, Louisiana, and Texas in the MDL action captioned *In re Genetically Modified Rice Litigation* (the "*Rice MDL Action*") currently pending in the Eastern District of Missouri. The *Rice MDL Action* seeks damages for long-grain rice producers in Arkansas, Missouri, Mississippi, Louisiana, and Texas for defendants' alleged contamination of the United

4

States' rice supply with genetically modified rice. Most recently in 2008, Emerson Poynter was appointed to serve as Co-Lead Plaintiffs' Counsel in a MDL in the District of Maryland captioned *In Re: Tyson Foods, Inc. Chicken Raised Without Antibiotics Consumer Litigation.* This MDL action involves false advertising claims associated with the sale of Tyson Foods' chicken as allegedly being raised without antibiotics, when in fact the chicken was allegedly raised with antibiotics.

5. As indicated in its firm resume (Ex. 3), Finkelstein Thompson LLP ("FT") specializes in the prosecution of class action and other complex litigation, primarily involving consumer fraud, antitrust violations, and securities fraud. FT has prosecuted consumer, antitrust, and securities class actions on behalf of individual and business clients for more than a decade. Numerous courts have appointed FT as co-lead or lead counsel and to other leadership positions in nationwide class action litigation. For instance, FT is one of four firms recently appointed as interim class counsel in *In re DirecTV Early Cancellation Fee Litig.,* Case No. 08-741AG (C.D. Cal.), which was brought on behalf of consumers alleging that the defendants' early cancellation fee practices and disclosures violated California consumer state statutes. FT was also appointed co-lead class counsel in a case that settled on behalf of a nationwide class, *Cavan v. Sears Roebuck,* Case No. 04CH10354 (Ill. Circuit Court – Cook County), which was brought on behalf of consumers who purchased allegedly defective dishwashers.

6. As indicated in its firm resume (Ex. 4), Glancy Binkow & Goldberg LLP has successfully litigated numerous class cases on behalf of consumers throughout the United States. According to its resume, over the past sixteen years, Glancy Binkow & Goldberg LLP has established a national reputation for successfully litigating consumer class actions in federal and state courts throughout the United States, and has recovered millions of dollars for consumers. Past class cases include *Pasucci v. Airtouch Communications* ($30 million settlement); *M3 Power Razor System Marketing and Sales Practices Litigation* ($7.5 million settlement); *Lanes Gifts and Collectibles, LLC, et al. v. MIVA* ($3.9 million settlement); *In re: Palm Treo 600 and 650 Litigation* (settlement provided right of repair and cash rebates for all Class Members); and *Park*

///

5

1  *v. Konica Minolta Photo Imaging, U.S.A., Inc.* (settlement provided right of repair or replacement
2  for all class members).

3        7.      As indicated in its firm resume (Ex. 5), Heninger Garrison & Davis's lead attorney
4  in this action, W. Lewis Garrison, Jr., has a significant background in complex litigation, with
5  experience in civil litigation, including class action and anti-trust litigation, consumer litigation,
6  civil rights, personal injury and business litigation.  His resume indicated he has successfully
7  prosecuted many actions in which multi-million dollar results were achieved for clients.

8        8.      As indicated in its firm resume (Ex. 6), Hiden Rott & Oertle's lead attorney in this
9  action, Michael Ian Rott, has a significant background in complex litigation, with experience in
10 civil litigation, including class action litigation, wage and hour litigation, personal injury,
11 workers' compensation and business litigation.

12       9.      As indicated in its firm resume (Ex. 7), the Litigation Law Group's lead attorney
13 in this action, Gordon M. Fauth, Jr., has a significant background in complex litigation, with
14 considerable experience in civil litigation, including class action and anti-trust litigation,
15 consumer litigation, civil rights, personal injury and business litigation.

16       10.      As indicated in my firm resume (Ex. 8), I have specialized for years in
17 representing consumers in class action litigation in California, including numerous
18 telecommunications matters before both state and federal courts and the California Public
19 Utilities Commission.  This has included several class actions involving improper
20 telecommunications fees (*UCAN v. Sprint Nextel* (S.D. Cal.); *Maycumber v. PowerNet*
21 *Communications* (S.D. Cal.); *Frey v. AT&T* (S.D. Sup. Ct.)), as well as claims involving
22 representations over coverage and capacity issues (*In re Cingular Cases* (S.D. Sup. Ct.
23 Coordination Proceedings) and *OII Re Pacific Bell Wireless LLC dba Cingular Wireless* (Cal.
24 P.U.C. 2002).

25       11.      As indicated in its firm resume (Ex. 9), in addition to securities class actions,
26 Schoengold & Sporn ("S&S") has also litigated a variety of consumer class actions, including the
27 recent settlement of *Silberblatt v. Morgan Stanley*, (S.D.N.Y. 2008), in which the plaintiff alleged
28 that the defendants over-charged the class in connection with the storage of precious metals, for

$1.5 million in cash and substantial remedial consideration which it valued at over $2.85 million. The firm is currently litigating claims against Volkswagen and Audi for, *inter alia*, breach of warranty and violation of New Jersey's Consumer Fraud Act for damages allegedly caused by defectively designed water drainage systems.

12. As indicated in its firm resume (Ex. 10), in addition to securities class actions, Coughlin Stoia Geller Rudman & Robbins ("CSGRR") has also litigated a variety of consumer class actions, and has been appointed as lead counsel or to an Executive Committee in a variety of actions from around the United States.

13. As indicated in its firm resume (Ex. 11), Faruqi & Faruqi has been involved in consumer class action involving cellular telephone matters, and has been appointed as lead counsel or to an Executive Committee in a variety of actions from around the United States.

14. As indicated in its firm resume (Ex. 12), Carella Bryne Bain Gilfillan Cecchi Stewart & Olstein ("Carella Bryne") has been involved in consumer class action involving telecommunications matters, and has been appointed as lead counsel or to an Executive Committee in a variety of actions from around the United States.

15. Based on their collective experience as detailed above and in the attached exhibits, I believe that the agreed-to proposed structure for representing the proposed class in this action brings substantial resources and experience to the efficient prosecution of this action, with a representative from each of the actions that are the subject of these coordinated proceedings. These firms have the breadth of experience and skills necessary to make a significant contribution to this litigation, as demonstrated by their firm resumes. All have been actively involved in this litigation in terms of continuing investigation, research and discovery. I have spoken with plaintiffs' counsel from the actions that are subject to the motion to consolidate, and they all support this structure. Entering this Order will help ensure that a Consolidated Master Complaint is promptly filed. Proposed Class Counsel have all confirmed they are ready to utilize their resources and experience to help prosecute these cases on behalf of the proposed class in a coordinated manner, and have been doing so in a coordinated manner.

///

16. Both I and Joe Whatley have also spoken with Penelope Preovolos, counsel for Apple Inc. and Kathleen Sooy, counsel for AT&T Mobility LLC. While Apple and ATTM agree it is appropriate to enter such an Order generally, neither take any position on entry of an Order approving the proposed structure.

I declare under penalty of perjury pursuant to the laws of the United States of America the foregoing is true and correct and declare this Declaration was executed this \_\_2d\_\_ day of September, 2009 at San Diego, California.

_____
ALAN M. MANSFIELD