United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 09-02045 JW

In Re: Apple iPhone 3G Products Liability Litigation

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; CONSOLIDATING CASES FOR MDL PURPOSES; AND ADOPTING PLAINTIFFS' PROPOSED CLASS COUNSEL STRUCTURE**

/

On September 21, 2009, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court orders as follows:

(1) The Court GRANTS Class Plaintiffs' Joint Motion for Appointment of Interim Class Counsel Structure. (Docket Item No. 6.) The Court adopts the leadership structure as presented in the Plaintiffs' Proposed Unopposed Order Approving Plaintiffs' Counsel Structure. (Id. at Ex. 4.)

(2) Plaintiffs' counsel in all cases not yet transferred to this District represented to the Court that they would consent to transfer the cases to this District for all purposes.[1] Accordingly, on or before **September 28, 2009**, the parties in those cases shall file the appropriate consent. To the extent Defendants continue to object to Plaintiffs'

---

[1] The Court recognizes that Defendants have reserved their rights to object to the transferring of cases for all purposes.

consent to transfer to this District for all purposes, Defendants shall file their objections on or before **October 5, 2009.**

(3) At this time, the Court finds good cause to GRANT the parties' Joint Motion to Consolidate Related Actions for Pre-Trial Purposes and to Permit Filing of Consolidated Master Complaint. (Docket Item No. 5.) On or before **October 21, 2009**, Plaintiffs shall file their Consolidated Master Complaint in this MDL case number.

(4) The parties shall appear for a Case Management Conference on **December 9, 2009 at 9 a.m.** On or before **November 25, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, provide a status update regarding the pleadings, a proposed discovery timeline, as well as any anticipated motions challenging the pleadings. Defendants shall file their anticipated Motions to Dismiss or any other Motion on or before **December 4, 2009.** The Court will set a briefing schedule for oppositions and replies as well as a hearing date at the Case Management Conference.

(5) The Court finds good cause to excuse the parties from the ADR process at this time. In addition, discovery shall be held in abeyance until the December 9, 2009 conference.

Dated: September 22, 2009

JAMES WARE
United States District Judge

2


**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam Plant aplant@wdklaw.com
Adam R. Gonnelli agonnelli@faruqilaw.com
3  Alan M. Mansfield alan@clgca.com
Christopher D. Jennings cjennings@emersonpoynter.com
4  Gina M. Doughterty gdougherty@emersonpoynter.com
James Robert Hail jim@doylelowther.com
5  Jason C. Murray jmurray@crowell.com
Joe R. Whatley jwhatley@wdklaw.com
6  John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
7  Kathleen Taylor Sooy ksooy@crowell.com
Lynn E. Parseghian lparseghian@crowell.com
8  Mark S. Reich mreich@csgrr.com
Mila F Bartos mbartos@finkelsteinthompson.com
9  Penelope A. Preovolos Ppreovolos@mofo.com
Rosemary M. Rivas rrivas@finkelsteinthompson.com
10  Scott E. Poynter scott@emersonpoynter.com
W Lewis Garrison pputman@hgdlawfirm.com
11  William James Doyle bill@doylelowther.com
Aaron L. Agenbroad alagenbroad@jonesday.com
12  Arthur William Lazear awl@hoffmanandlazear.com
Catherine Suzanne Nasser cnasser@jonesday.com
13  H. Tim Hoffman hth@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

14

15

16  **Dated:  September 22, 2009**                    **Richard W. Wieking, Clerk**

17                                                    **By:      /s/ JW Chambers**
                                                           **Elizabeth Garcia**
18                                                         **Courtroom Deputy**

19

20

21

22

23

24

25

26

27

28