M. Kay Martin (CSB No. 154697)
  mmartin@crowell.com
Kevin P. O'Brien (CSB No. 215148)
  kobrien@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile:  (415) 986-2827

Kathleen Taylor Sooy (*pro hac vice*)
  ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Counsel for AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation | CASE NO. M 09-02045 JW |
| | **CLASS ACTION** |
| THIS MATTER PERTAINS TO:<br><br>ALL ACTIONS | **STIPULATED REQUEST OF AT&T MOBILITY LLC TO ENLARGE PAGE LIMITATIONS ON CONSOLIDATED REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO COMPEL ARBITRATION [CIVIL L.R. 7-4(b) and 7-11]; [PROPOSED] ORDER** |

By this Stipulated Request, Defendant AT&T Mobility LLC ("ATTM") respectfully requests, pursuant to Civil Local Rules 7-4(b) and 7-11, to enlarge the page limitations applicable to its Consolidated Reply Memorandum in Support of its Motions to Compel Arbitration ("Reply"), as set forth in Civil Local Rule 7-4(b), by twenty (20) pages.

WHEREAS, on October 21, 2009, Plaintiffs filed the Master Administrative Consolidated Amended Complaint, asserting 14 causes of action against Defendants.

1  WHEREAS, on December 4 and 24, 2009, ATTM filed seven Motions to Compel Arbitration with respect to the actions filed against ATTM by the Named Plaintiffs in each of the states collected in this MDL proceeding. Plaintiffs filed a single, 40-page Consolidated Opposition to ATTM's Motions to Compel Arbitration on January 27, 2010.

WHEREAS, in order to adequately address the applicable choice of law requirements of each of the states at issue and reply to Plaintiffs' 40-page consolidated opposition brief, it is necessary for ATTM's Reply to exceed the fifteen (15) page limitation set forth in Local Rule 7-4(b). Rather than file seven reply memoranda, ATTM will file one consolidated reply memorandum addressing Plaintiffs' arguments, which will result in less briefing submitted to the Court than filing multiple reply memoranda.

WHEREAS, Plaintiffs' lead counsel, Joe R. Whatley, Jr. has agreed on behalf of Plaintiffs to ATTM's request to enlarge the page limitation for the Consolidated Reply by twenty (20) pages.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that ATTM may exceed the page limit set forth in Local Rule 7-4(b) by no more than twenty (20) pages for its Consolidated Reply Memorandum in Support of its Motions to Compel Arbitration.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: February 9, 2010 | **CROWELL & MORING LLP** |

By: /s/ M. Kay Martin
M. Kay Martin
mmartin@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Kathleen Taylor Sooy
Ksooy @crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Fascimile: (202) 628-5116

Counsel for Defendant AT&T Mobility LLC

| | |
|---|---|
| DATED: February 9, 2010 | **WHATLEY DRAKE & KALLAS LLC** |

By: /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
jwhatley@wdklaw.com
Whatley Drake & Kallas LLC
1540 Broadway, 375h Fl.
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Counsel for Plainitff Aaron Walters and Lead Class Counsel

### **ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs listed in the signature block above.

| | |
|---|---|
| DATED: February 9, 2010 | **CROWELL & MORING LLP** |

By: /s/ M. Kay Martin

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: February  11 , 2010

4  _____
   The Honorable James Ware
5  United States District Judge