M. Kay Martin (CSB No. 154697)
  mmartin@crowell.com
Kevin P. O'Brien (CSB No. 215148)
  kobrien@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:  (415) 986-2800
Facsimile:   (415) 986-2827

Kathleen Taylor Sooy (*pro hac vice*)
  ksooy@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

Counsel for AT&T Mobility LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation<br><br>THIS MATTER PERTAINS TO:<br><br>ALL ACTIONS | CASE NO. M 09-02045 JW<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST OF AT&T MOBILITY LLC TO ENLARGE PAGE LIMITATIONS ON REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS [CIVIL L.R. 7-4(b) and 7-11]; [PROPOSED] ORDER** |

By this Stipulated Request, Defendant AT&T Mobility LLC ("ATTM") respectfully requests, pursuant to Civil Local Rules 7-4(b) and 7-11, to enlarge the page limitations applicable to its Reply Memorandum in Support of its Motion to Dismiss ("Reply"), as set forth in Civil Local Rule 7-4(b), by ten (10) pages.

WHEREAS, on October 21, 2009, Plaintiffs filed the Master Administrative Consolidated Amended Complaint, asserting 14 causes of action against Defendants.

**1**  WHEREAS, on December 4, 2009, ATTM filed its Motion to Dismiss the Master Administrative Consolidated Amended Complaint. Plaintiffs filed their Opposition to ATTM's Motion to Dismiss on January 22, 2010.

**4**  WHEREAS, due to the complexities of consolidated putative class action cases such as this, and in order to adequately address the 14 causes of action under various state laws and reply to Plaintiffs' 33 page opposition brief (including eight pages of argument incorporated from a separate filing), it is necessary for ATTM's Reply to exceed the fifteen (15) page limitation set forth in Local Rule 7-4(b).

**9**  WHEREAS, Plaintiffs' lead counsel, Joe R. Whatley, Jr. has agreed on behalf of Plaintiffs to ATTM's request to enlarge the page limitation for the Reply by ten (10) pages.

**11**  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that ATTM may exceed the page limit set forth in Local Rule 7-4(b) by no more than ten (10) pages for its Reply Memorandum in Support of its Motion to Dismiss the Master Administrative Consolidated Complaint.

IT IS SO STIPULATED.

DATED: February 9, 2010         **CROWELL & MORING LLP**

By: /s/ M. Kay Martin
M. Kay Martin
mmartin@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Kathleen Taylor Sooy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Fascimile: (202) 628-5116

Counsel for Defendant AT&T Mobility LLC

| | | |
|---|---|---|
| DATED: February 9, 2010 | | **WHATLEY DRAKE & KALLAS LLC** |
| | By: | /s/ Joe R. Whatley, Jr. |
| | | Joe R. Whatley, Jr. |
| | | jwhatley@wdklaw.com |
| | | Whatley Drake & Kallas LLC |
| | | 1540 Broadway, 375h Fl. |
| | | New York, NY 10036 |
| | | Telephone: (212) 447-7070 |
| | | Facsimile: (212) 447-7077 |
| | | Counsel for Plainitff Aaron Walters and Lead Class Counsel |

### ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in the filing of this document from the Plaintiffs listed in the signature block above.

DATED: February 9, 2010                    **CROWELL & MORING LLP**

By:  /s/ M. Kay Martin

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February  11 , 2010

_____
The Honorable James Ware
United States District Judge