PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE IPHONE 3G PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. M 09-02045 JW<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO ENLARGE PAGE LIMIT ON APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS MASTER ADMINISTRATIVE CONSOLIDATED AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>Civil Local Rules 7-4(b) and 7-11 |

By this Stipulated Request, Defendant Apple Inc. ("Apple") respectfully requests, pursuant to Civil Local Rules 7-4(b) and 7-11, to enlarge the page limitation applicable to its Reply Memorandum in Support of its Motion to Dismiss ("Reply"), as set forth in Civil Local Rule 7-4(b), by five (5) pages.

WHEREAS, on October 21, 2009, Plaintiffs filed their Master Administrative Consolidated Amended Complaint, asserting 14 causes of action against Defendants.

| | |
|---|---|
| 1 | WHEREAS, on December 4, 2009, Apple filed its Motion to Dismiss the Master |
| 2 | Administrative Consolidated Amended Complaint.  Plaintiffs filed their Opposition to Apple's |
| 3 | Motion to Dismiss on January 22, 2010. |
| 4 | WHEREAS, due to the complexities of consolidated putative class action cases such as |
| 5 | this, and in order to adequately address the 14 causes of action under various state laws and reply |
| 6 | to Plaintiffs' 26-page opposition brief (including four pages of argument incorporated by |
| 7 | reference from a separate filing), it is necessary for Apple's Reply to exceed the fifteen (15) page |
| 8 | limitation set forth in Local Rule 7-4(b). |
| 9 | WHEREAS, Plaintiffs' lead counsel, Adam P. Plant of Whatley, Drake & Kallas LLP, has |
| 10 | agreed on behalf of Plaintiffs to Apple's request to enlarge the page limitation for the Reply by |
| 11 | five (5) pages. |
| 12 | |
| 13 | NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Apple |
| 14 | may exceed the page limit set forth in Local Rule 7-4(b) by no more than five (5) pages for its |
| 15 | Reply Memorandum in Support of its Motion to Dismiss the Master Administrative Consolidated |
| 16 | Complaint. |
| 17 | |
| 18 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| Dated: February 11, 2010 | | PENELOPE A. PREOVOLOS<br>ANDREW D. MUHLBACH<br>HEATHER A. MOSER<br>MORRISON & FOERSTER LLP |
| | By: | /s/ Penelope A. Preovolos<br>Penelope A. Preovolos |
| | | *Attorneys for Defendant*<br>APPLE INC. |
| Dated: February 11, 2010 | | THE CONSUMER LAW GROUP |
| | By: | /s/ Adam P. Plant<br>Adam P. Plant |
| | | *Lead Counsel for* Plaintiffs |

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulated Request to Enlarge Page Limit on Apple's Reply and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Adam P. Plant has concurred in this filing.

| | | |
|---|---|---|
| Dated: February 11, 2010 | | MORRISON & FOERSTER LLP |
| | By: | /s/ Penelope A. Preovolos<br>Penelope A. Preovolos |
| | | *Attorneys for Defendant*<br>APPLE INC. |

IT IS SO ORDERED.

Dated: February __11__, 2010

*[signature]*
The Honorable James Ware
United States District Judge