IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 09-02045 JW

| | |
|---|---|
| In Re: Apple iPhone 3G Products Liability Litigation | **ORDER IN ADVANCE OF MARCH 1, 2010 HEARING** |

_____/

    The parties are scheduled to appear for a hearing on Defendants' various Motions on March 1, 2010. Upon review of the Motions, the Court finds that the issue of preemption of state law claims under the Federal Communications Act may be dispositive. Thus, the parties shall focus their argument at the hearing on the issue of preemption of state law claims under the FCA and whether, if the state law claims are preempted, Plaintiffs may state any federal claims on the basis of their allegations.

Dated: February 25, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Plant aplant@wdklaw.com
Adam R. Gonnelli agonnelli@faruqilaw.com
Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Anne M. Hunter Ahunter@mofo.com
Christopher D. Jennings cjennings@emersonpoynter.com
Donald M. Falk dfalk@mayerbrown.com
Gina M. Doughterty gdougherty@emersonpoynter.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
James E. Cecchi jcecchi@carellabyrne.com
James Robert Hail jim@doylelowther.com
Jason C. Murray jmurray@crowell.com
Jay P. Saltzman jay@spornlaw.com
Joe R. Whatley jwhatley@wdklaw.com
John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
Kathleen Taylor Sooy ksooy@crowell.com
Lynn E. Parseghian lparseghian@crowell.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark S. Reich mreich@csgrr.com
Martha Kay Martin mmartin@crowell.com
Michael M. Goldberg info@glancylaw.com
Mila F Bartos mbartos@finkelsteinthompson.com
Penelope A. Preovolos Ppreovolos@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com
Rosemary M. Rivas rrivas@finkelsteinthompson.com
Scott E. Poynter scott@emersonpoynter.com
Stephen A. Weiss sweiss@seegerweiss.com
W Lewis Garrison pputman@hgdlawfirm.com
William James Doyle bill@doylelowther.com
Aaron L. Agenbroad alagenbroad@jonesday.com
Arthur William Lazear awl@hoffmanandlazear.com
Catherine Suzanne Nasser cnasser@jonesday.com
H. Tim Hoffman hth@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

Dated: February 25, 2010          Richard W. Wieking, Clerk

By: ___/s/ JW Chambers___
     Elizabeth Garcia
     Courtroom Deputy