IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 09-02045 JW

| | |
|---|---|
| In Re: Apple iPhone 3G Products Liability Litigation | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| _____/ | |

This case is scheduled for a Case Management Conference on June 21, 2010. The parties filed a Joint Case Management Statement. (See Docket Item No. 60.) In their Joint Statement, the parties request particular hearing dates for various anticipated motions, including a motion to stay the case and motion to dismiss the operative complaint, and request clarification as to whether discovery may commence immediately. (See id. at 3-4, 9-12.) In light of Defendants' anticipated motion to dismiss, the Court finds it premature to set a case schedule or to permit discovery to proceed at this time.

Accordingly, the Court VACATES the Case Management Conference. Defendant AT&T Mobility, LLC may notice its anticipated motion to stay the case on the Court's regular motion calendar to be heard concurrently with Defendants' anticipated motion to dismiss.[1] The Court will set a Case Management Conference in its order addressing the anticipated motions.

Dated: June 16, 2010

JAMES WARE
United States District Judge

---

[1] As the Court's Fall Calendar is quickly filling up, Defendants shall review the Court's availability prior to noticing their Motions.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Plant aplant@wdklaw.com
Adam R. Gonnelli agonnelli@faruqilaw.com
Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Anne M. Hunter Ahunter@mofo.com
Christopher D. Jennings cjennings@emersonpoynter.com
Donald M. Falk dfalk@mayerbrown.com
Gina M. Doughterty gdougherty@emersonpoynter.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
James E. Cecchi jcecchi@carellabyrne.com
James Robert Hail jim@doylelowther.com
Jason C. Murray jmurray@crowell.com
Jay P. Saltzman jay@spornlaw.com
Joe R. Whatley jwhatley@wdklaw.com
John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
Kathleen Taylor Sooy ksooy@crowell.com
Lynn E. Parseghian lparseghian@crowell.com
Marc Lawrence Godino mgodino@glancylaw.com
Mark S. Reich mreich@csgrr.com
Martha Kay Martin mmartin@crowell.com
Michael M. Goldberg info@glancylaw.com
Mila F Bartos mbartos@finkelsteinthompson.com
Penelope A. Preovolos Ppreovolos@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com
Rosemary M. Rivas rrivas@finkelsteinthompson.com
Scott E. Poynter scott@emersonpoynter.com
Stephen A. Weiss sweiss@seegerweiss.com
W Lewis Garrison pputman@hgdlawfirm.com
William James Doyle bill@doylelowther.com
Aaron L. Agenbroad alagenbroad@jonesday.com
Arthur William Lazear awl@hoffmanandlazear.com
Catherine Suzanne Nasser cnasser@jonesday.com
H. Tim Hoffman hth@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

**Dated: June 16, 2010**                     **Richard W. Wieking, Clerk**

                                             **By:       /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**