1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.

8

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

10/21/2010

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13  IN RE: APPLE IPHONE 3G PRODUCTS          Case No.  5:09-md-02045 JW
    LIABILITY LITIGATION
14                                           **CLASS ACTION**

15  ─────────────────────────────           **STIPULATED REQUEST TO
                                             CONTINUE BRIEFING AND
16  This Document Relates to:                HEARING SCHEDULE FOR
                                             DEFENDANTS' MOTIONS TO
17  ALL ACTIONS.                             DISMISS, STRIKE, STAY, AND
                                             COMPEL ARBITRATION AND
18                                           PLAINTIFFS' MOTION FOR LEAVE
                                             TO FILE AMENDED COMPLAINT;
19                                           [PROPOSED] ORDER**

20

21

22

23         By this Stipulated Request, the parties respectfully request that the Court enter an order

24  briefly continuing the briefing and hearing schedule on defendants' motions related to plaintiffs'

    Master Administrative Consolidated Second Amended Complaint ("SAC").
25
           WHEREAS plaintiffs filed the SAC on May 7, 2010;
26
           WHEREAS defendant Apple Inc. ("Apple") filed a motion to dismiss to dismiss the SAC
27
    on June 24, 2010;
28

1     WHEREAS defendant AT&T Mobility LLC ("ATTM") filed motions to dismiss, to

2  strike, and to stay the proceedings on June 24, 2010;

3     WHEREAS plaintiffs and ATTM also had fully briefed ATTM's motions to compel

4  plaintiffs' claims to arbitration;

5     WHEREAS Apple joined ATTM's motions to strike and to stay;

6     WHEREAS the hearing on the above-referenced motions is currently scheduled for

7  November 22, 2010;

8     WHEREAS, plaintiffs filed a motion for leave to file an amended complaint ("motion for

9  leave") on October 14, 2010;

10     WHEREAS the parties conferred and, due to scheduling conflicts, have agreed to briefly

11  postpone the briefing and hearing on these motions;

12     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

13     1.     Plaintiffs' deadline to file and serve their opposition briefs to the motions filed by

14  defendants shall be October 25, 2010.

15     2.     Defendants' deadline to file and serve reply briefs and their oppositions to the

16  motion for leave filed by plaintiffs shall be **November 12, 2010.**

17     3.     Plaintiffs' deadline to file and serve their reply brief in support of their motion for

18  leave shall be  **November 22, 2010.**

19     4.     The motions shall be heard on December 13, 2010, pending court availability and

20  approval.

21     IT IS SO STIPULATED.

22

23

24

25

26

27

28

Dated:   October 15, 2010

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated:   October 15, 2010

WHATLEY, DRAKE & KALLAS LLP

By:   /s/ Adam P. Plant
Adam P. Plant

*Lead Counsel for* Plaintiffs

DATED:  October 15, 2010

KATHLEEN TAYLOR SOOY
CROWELL & MORING, LLP

By:   /s/ Kathleen Taylor Sooy
Kathleen Taylor Sooy

*Attorneys for Defendant*
AT&T Mobility Inc.

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulated Request to Enlarge Page Limit on Apple's Reply and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that all signatories have concurred in this filing.

Dated:   October 15, 2010

MORRISON & FOERSTER LLP

By:   /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

1        PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

2

3

Dated: October __21__, 2010

4                                                    _____
                                                     The Honorable James Ware
5                                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28