| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
|   | (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
|   | (AMuhlbach@mofo.com) |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

*Attorneys for Defendant*
APPLE INC.

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE IPHONE 3G PRODUCTS LIABILITY LITIGATION | Case No.  5:09-md-02045 JW |
|   | **CLASS ACTION** |
| This Document Relates to: | **STIPULATED REQUEST TO CONTINUE BRIEFING AND HEARING SCHEDULE REGARDING MASTER ADMINISTRATIVE CONSOLIDATED FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| ALL ACTIONS. | |

By this Stipulated Request, the parties respectfully request that the Court enter an order continuing the briefing and hearing schedule on Apple's motions related to plaintiffs' Master Administrative Consolidated Fourth Amended Complaint ("FAC").

WHEREAS plaintiffs filed the FAC on September 9, 2010;

WHEREAS the Court issued an order scheduling a hearing on motions addressing the FAC for October 31, 2011 at 9 a.m. (*See* Dkt. No. 242.)

WHEREAS the parties conferred and, due to scheduling conflicts, have agreed to briefly postpone the briefing and hearing on these motions;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1. Apple's deadline to file and serve motions addressing the FAC shall be September 30, 2011.

2. Plaintiffs' deadline to file and serve their opposition to Apple's motions shall be October 20, 2011.

3. Apple's deadline to file and serve reply briefs shall be October 31, 2011.

4. The motions shall be heard on November 14, 2011, pending court availability and approval, at 9 a.m.

IT IS SO STIPULATED.

Dated: September 14, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: September 14, 2011

WHATLEY DRAKE & KALLAS LLC

By: /s/ Joe R. Whatley, Jr.
Joe R. Whatley, Jr.
jwhatley@wdklaw.com

*Lead Counsel for* Plaintiffs

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulated Request to Continue Briefing and Hearing Schedule Regarding Master Administrative Consolidated Fourth Amended Complaint and [Proposed] Order.  In compliance with General Order 45.X.B, I hereby attest that Joe R. Whatley, Jr. has concurred in this filing.

Dated:   September 43, 2011

MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
         Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The hearing on the Motions is continued to November 14, 2011, at 9:00am.

Dated: September __16__, 2011

The Honorable James Ware
United States District Judge

STIPULATED REQUEST REGARDING BRIEFING AND HEARING SCHEDULE AND [PROPOSED] ORDER
CASE NO. 5:09-md-02045 JW
sf-3045061

3

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATED REQUEST TO CONTINUE BRIEFING AND HEARING SCHEDULE REGARDING MASTER ADMINISTRATIVE CONSOLIDATED FOURTH AMENDED COMPLAINT AND [PROPOSED] ORDER**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Emily C. Komlossy | Roger F. Claxton |
| Faruqi & Faruqi LLP | Claxton & Hill PLLC |
| 3595 Sheridan Street, Suite 206 | 10000 N. Central Expressway, Suite 725 |
| Hollywood, FL 33021 | Dallas, TX 75231-2351 |
| Tel: (954) 239-0280 | Tel: (214) 969-9029 |
| *Attorney for* Tomothy Ritchie *and* Ron J. Brayteson | *Attorney for* Karen Michaels, William French, Lorna Harris *and* Alyce R. Payne |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 14th day of September, 2011.

| Mia R. Gimenez | /s/ Mia Gimenez |
|---|---|
| (typed) | (signature) |

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45.X.B, I hereby attest that Mia Gimenez has concurred in this filing.

Dated: September 14, 2011          By: /s/ Penelope A. Preovolos
                                                      Penelope A. Preovolos