PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLE IPHONE 3G PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 5:09-MD-02045 JW<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO ENLARGE PAGE LIMIT ON APPLE INC.'S MOTION TO DISMISS MASTER ADMINISTRATIVE CONSOLIDATED FOURTH AMENDED COMPLAINT, PLAINTIFFS' OPPOSITION, AND APPLE'S REPLY; [PROPOSED] ORDER**<br><br>Civil Local Rules 7-4(b) and 7-11 |

By this Stipulated Request, Defendant Apple Inc. ("Apple") and plaintiffs' respectfully request, pursuant to Civil Local Rules 7-4(b) and 7-11, to enlarge the page limitation applicable to Apple's Motion to Dismiss, plaintiffs' Opposition, and Apple's Reply.

1     WHEREAS, On September 9, 2011, plaintiffs filed their Master Administrative Consolidating Fourth Amended Complaint ("FAC"), asserting 15 causes of action against Apple (Dkt. No. 243).

4     WHEREAS, pursuant to the Court's September 16, 2011 scheduling order (Dkt. No. 245), Apple intends to file a Motion to Dismiss the FAC on September 30, 2011; plaintiffs will file their Opposition to Apple's Motion to Dismiss on October 20, 2011; and Apple will file a Reply on October 31, 2011.

8     WHEREAS, counsel for Apple and counsel for plaintiffs have conferred, and agree that due to the number of issues raised in this consolidated putative class action case, and in order to adequately address the 15 causes of action under various state and federal laws, it is necessary for Apple's Motion to Dismiss and plaintiffs' Opposition to exceed the 25 page limitation set forth in Local Rule 7-4(b), and for Apple's Reply to exceed the 15 page limitation.

13     WHEREAS, Alan Mansfield of the Consumer Law Group, on behalf of plaintiffs' lead counsel, has agreed to Apple's request to enlarge the page limitation for Apple's Motion to Dismiss by seven (7) pages, and to enlarge the page limitation of Apple's Reply by five (5 pages);

16     WHEREAS, Stuart Plunkett, counsel for Apple, has agreed to plaintiffs' request to enlarge the page limitation for plaintiffs' Opposition to Apple's Motion to Dismiss by seven (7) pages;

18     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Apple may exceed the page limit set forth in Rule 7-4(b) by no more than seven (7) pages for its Motion to Dismiss and five (5) pages for its Reply in support of its Motion to Dismiss, and plaintiffs may exceed the page limit by no more than seven (7) pages for their Opposition to Apple's Motion to Dismiss.

23     IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2011 | PENELOPE A. PREOVOLOS |
| 2 | | ANDREW D. MUHLBACH |
| | | HEATHER A. MOSER |
| 3 | | MORRISON & FOERSTER LLP |

By:  /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: September 27, 2011     WHATLEY DRAKE & KALLAS LLC

By:  /s/ Joe Whatley, Jr.
Joe Whatley, Jr.

*Lead Counsel for* Plaintiffs

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulated Request to Enlarge Page Limit on Apple's Reply and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Joe Whatley has concurred in this filing.

Dated: September 27, 2011     MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

IT IS SO ORDERED.

Dated: September 29 , 2011     _____
The Honorable James Ware
United States District Judge

STIPULATED REQUEST TO ENLARGE PAGE LIMIT ON APPLE'S REPLY AND [PROPOSED] ORDER
CASE NO. M 09-02045 JW                                              1
sf-2801870