| | |
|---|---|
| 1 | M. Kay Martin (CSB No. 154697) |
| | mmartin@crowell.com |
| 2 | Joel D. Smith (CSB No. 244902) |
| | jsmith@crowell.com |
| 3 | CROWELL & MORING LLP |
| | 275 Battery Street, 23rd Floor |
| 4 | San Francisco, CA  94111 |
| | Telephone:  (415) 986-2800 |
| 5 | Facsimile:   (415) 986-2827 |
| 6 | Kathleen Taylor Sooy (*pro hac vice*) |
| | ksooy@crowell.com |
| 7 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, NW |
| 8 | Washington, DC  20004 |
| | Telephone:  (202) 624-2500 |
| 9 | Facsimile: (202) 628-5116 |
| 10 | Counsel for AT&T Mobility LLC |
| 11 | [Additional counsel appear on signature pages] |

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Apple iPhone 3G Products Liability Litigation | Case No. 5:09-md-02045 JW |
| | **CLASS ACTION** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO MASTER ADMINISTRATIVE CONSOLIDATED FIFTH AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| ALL ACTIONS | |
| | Hon. James Ware |
| | FAC Filed: December 19, 2011 |

Pursuant to Northern District Local Rule 6.1, the parties, by and through their respective attorneys, stipulate as follows:

WHEREAS, Plaintiffs filed their Master Administrative Consolidated Fifth Amended Complaint ("FAC") on December 19, 2011;

WHEREAS, pursuant to Fed. R. Civ. Proc. 15(a)(3), Apple and ATTM's response to the FAC is due on January 3, 2012;

WHEREAS, the parties conferred and have agreed to extend the time for Apple and ATTM to respond to the FAC with threshold motions;

WHEREAS, the stipulated extension will not alter the date of any event or deadline already fixed by the Court;

NOW THEREFORE, the parties stipulate as follows:

1. Apple and ATTM's time to file threshold motions responding to the FAC is extended to and including February 3, 2012.

2. Plaintiffs' opposition briefs shall be filed on or before March 5, 2012.

3. Apple and ATTM's reply briefs shall be filed on or before March 19, 2012.

4. Apple and ATTM's threshold motions shall be heard on April 2, 2012 at 9:00 a.m., ~~or as soon thereafter as may be heard~~.

5. Apple and ATTM are not obligated to answer the FAC until after the Court rules on their motions.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
FIFTH AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE;
CASE NO. 5:09-MD-02045 JW

| | | |
|---|---|---|
| 1 | DATED: December 30, 2011 | Respectfully Submitted, |
| 2 | | *Counsel for Plaintiffs* |
| 3 | | WHATLEY DRAKE & KALLAS LLC |
| 4 | | By: S/Joe R. Whatley, Jr. |
| | | Joe R. Whatley, Jr. |
| 5 | | jwhatley@wdklaw.com |
| 6 | | 1540 Broadway, 37th Floor |
| | | New York, NY 10036 |
| 7 | | Tel: (212) 447-7070 |
| | | Fax: (212) 447-7077 |
| 8 | | |
| 9 | | Adam Plant |
| | | aplant@wdklaw.com |
| | | 2001 Park Place North, Suite 1000 |
| 10 | | Birmingham, AL  35203 |
| | | Tel: (205) 328-9576 |
| 11 | | Fax: (205) 328-0669 |
| 12 | | LEAD CLASS COUNSEL |
| 13 | | |
| 14 | DATED: December 30, 2011 | *Counsel for Apple Inc.* |
| 15 | | MORRISON & FOERSTER LLP |
| 16 | | By: S/Penelope A. Preovolos |
| | | Penelope A. Preovolos (CA SBN 87607) |
| 17 | | ppreovolos@mofo.com |
| | | Andrew D. Muhlbach (CA SBN 175694) |
| 18 | | amuhlbach@mofo.com |
| | | 425 Market Street |
| 19 | | San Francisco, California  94105-2482 |
| | | Telephone: 415.268.7000 |
| 20 | | Facsimile: 415.268.7522 |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
FIFTH AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE;
CASE NO. 5:09-MD-02045 JW

DCACTIVE-17051639.1

DATED: December 30, 2011          ***Counsel for AT&T Mobility LLC***

                                  CROWELL & MORING, LLP

                                  By:  S/Joel D. Smith

                                       Kathleen Taylor Sooy
                                       ksooy@crowell.com
                                       1001 Pennsylvania Avenue, NW
                                       Washington, D.C. 20004
                                       Tel: (202) 624-2500
                                       Fax: (202) 628-5116

                                       M. Kay Martin (CSB No. 154697)
                                       mmartin@crowell.com
                                       Joel D. Smith (CSB No. 244902)
                                       jsmith@crowell.com
                                       275 Battery Street, 23rd Floor
                                       San Francisco, CA  94111
                                       Telephone: (415) 986-2800
                                       Facsimile: (415) 986-2827

I, Joel D. Smith, am the ECF user whose ID and password are being used to file this Joint Status Report.  In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                  By:   /s/     Joel D. Smith
                                                Joel D. Smith

3
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
FIFTH AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE;
CASE NO. 5:09-MD-02045 JW

DCACTIVE-17051639.1

**[PROPOSED] ORDER**

Pursuant to Stipulation, SO ORDERED,

Dated: Jan. 17, 2012

*James Ware*

The Honorable Chief Judge James Ware
U.S. District Court

4

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
FIFTH AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE AND HEARING DATE;
CASE NO. 5:09-MD-02045 JW

DCACTIVE-17051639.1