1    PENELOPE A. PREOVOLOS (CA SBN 87607)
     (PPreovolos@mofo.com)
2    ANDREW D. MUHLBACH (CA SBN 175694)
     (AMuhlbach@mofo.com)
3    STUART C. PLUNKETT (CA SBN 187971)
     (SPlunkett@mofo.com)
4    SUZANNA P. BRICKMAN (CA SBN 250891)
     (SBrickman@mofo.com)
5    MORRISON & FOERSTER LLP
     425 Market Street
6    San Francisco, California  94105-2482
     Telephone: 415.268.7000
7    Facsimile: 415.268.7522

8    *Attorneys for Defendant*
     APPLE INC.

9

IT IS SO ORDERED

*James Ware*

Judge James Ware

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14   IN RE: APPLE IPHONE 3G PRODUCTS          Case No.  5:09-MD-02045 JW
     LIABILITY LITIGATION
15                                            **CLASS ACTION**

16   ──────────────────────────               **STIPULATED REQUEST TO
                                               ENLARGE PAGE LIMIT ON APPLE
17   This Document Relates to:                 INC.'S MOTION TO DISMISS
                                               MASTER ADMINISTRATIVE
     ALL ACTIONS.                              CONSOLIDATED FIFTH AMENDED
18                                             COMPLAINT, PLAINTIFFS'
                                               OPPOSITION, AND APPLE'S REPLY;
19                                             [~~PROPOSED~~] ORDER**

20                                            Civil Local Rules 7-4(b) and 7-11

21

22

23

24         By this Stipulated Request, Defendant Apple Inc. ("Apple") and plaintiffs' respectfully

25   request, pursuant to Civil Local Rules 7-4(b) and 7-11, to enlarge the page limitation applicable to

26   Apple's Motion to Dismiss, plaintiffs' Opposition, and Apple's Reply.

27

28

1       WHEREAS, On December 19, 2011, plaintiffs filed their Master Administrative

2   Consolidating Fifth Amended Complaint ("5AC"), asserting 15 causes of action against Apple

3   (Dkt. No. 261).

4       WHEREAS, pursuant to the Court's January 17, 2012 scheduling order (Dkt. No. 263),

5   Apple intends to file threshold motions, including a Motion to Dismiss the 5AC on February 3,

6   2012; plaintiffs will file their Opposition to Apple's Motion to Dismiss on March 5, 2012; and

7   Apple will file a Reply on March 19, 2012.

8       WHEREAS, counsel for Apple and counsel for plaintiffs have conferred, and agree that

9   due to the number of issues raised in this consolidated putative class action case, and in order to

10  adequately address the 15 causes of action under various state and federal laws, it is necessary for

11  Apple's Motion to Dismiss and plaintiffs' Opposition to exceed the 25 page limitation set forth in

12  Local Rule 7-4(b), and for Apple's Reply to exceed the 15 page limitation.

13      WHEREAS, Alan Mansfield of the Consumer Law Group, on behalf of plaintiffs' lead

14  counsel, has agreed to Apple's request to enlarge the page limitation for Apple's Motion to

15  Dismiss by seven (7) pages, and to enlarge the page limitation of Apple's Reply by five (5 pages);

16      WHEREAS, Stuart Plunkett, counsel for Apple, has agreed to plaintiffs' request to enlarge

17  the page limitation for plaintiffs' Opposition to Apple's Motion to Dismiss by seven (7) pages;

18      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Apple

19  may exceed the page limit set forth in Rule 7-4(b) by no more than seven (7) pages for its Motion

20  to Dismiss and five (5) pages for its Reply in support of its Motion to Dismiss, and plaintiffs may

21  exceed the page limit by no more than seven (7) pages for their Opposition to Apple's Motion to

22  Dismiss.

23      IT IS SO STIPULATED.

24

25

26

27

28

Dated:   February 1, 2012                   PENELOPE A. PREOVOLOS
                                            ANDREW D. MUHLBACH
                                            HEATHER A. MOSER
                                            MORRISON & FOERSTER LLP


                                            By:   /s/ Penelope A. Preovolos
                                                  Penelope A. Preovolos

                                            *Attorneys for Defendant*
                                            APPLE INC.

Dated:   February 1, 2012                   WHATLEY DRAKE & KALLAS LLC


                                            By:   /s/ Joe Whatley, Jr.
                                                  Joe Whatley, Jr.

                                            *Lead Counsel for* Plaintiffs


        I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file

this Stipulated Request to Enlarge Page Limit on Apple's Reply and [Proposed] Order.  In

compliance with General Order 45.X.B, I hereby attest that Joe Whatley has concurred in this

filing.

                                            MORRISON & FOERSTER LLP
Dated:   February 1, 2012

                                            By:   /s/ Penelope A. Preovolos
                                                  Penelope A. Preovolos

                                            *Attorneys for Defendant*
                                            APPLE INC.



        IT IS SO ORDERED.



Dated: February 3 , 2012
                                            _____
                                            The Honorable James Ware
                                            United States District Judge