IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Apple iPhone 3G Products Liability Litigation | NO. MDL C 09-02045 JW <br><br> **ORDER CONTINUING HEARING** |

    Presently before the Court are: (1) Defendant AT&T Mobility's Motion to Compel Arbitration;[1] (2) Defendant Apple's Motion to Compel Arbitration;[2] and (3) Defendant Apple's Motion to Dismiss.[3] The Motions are scheduled for a hearing on April 2, 2012.

    Upon review of the Motions, and in order to have sufficient time to evaluate the merits, the Court finds good cause to CONTINUE the hearing on all three Motions to **April 9, 2012 at 9 a.m.**

Dated: March 21, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Defendant AT&T Mobility LLC's Consolidated Motion to Compel Arbitration and to Stay Claims, hereafter, "AT&T Motion," Docket Item No. 266.)

[2] (Apple Inc.'s Notice of Motion and Motion to Compel Arbitration; Memorandum of Points and Authorities in Support Thereof, hereafter, "Apple Motion," Docket Item No. 276.)

[3] (Apple Inc.'s Notice of Motion and Motion to Dismiss Master Administrative Consolidated Fifth Amended Complaint; Memorandum of Points and Authorities in Support Thereof, hereafter, "Motion to Dismiss," Docket Item No. 275.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Plant aplant@wdklaw.com
Adam R. Gonnelli agonnelli@faruqilaw.com
Alan M. Mansfield alan@clgca.com
Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Anne M. Hunter AHunter@mofo.com
Christopher D. Jennings cjennings@emersonpoynter.com
Donald M. Falk dfalk@mayerbrown.com
Gina M. Doughterty gdougherty@emersonpoynter.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
James E. Cecchi jcecchi@carellabyrne.com
James Robert Hail jim@doylelowther.com
Jason C. Murray jmurray@crowell.com
Jay P. Saltzman jay@saltzmanlawny.com
Joe R. Whatley jwhatley@wdklaw.com
Joel Dashiell Smith jsmith@flk.com
John Allen Lowther john@doylelowther.com
John G. Emerson jemerson@emersonpoynter.com
Joseph Preston Strom petestrom@stromlaw.com
Kathleen Taylor Sooy ksooy@crowell.com
Lynn E. Parseghian lparseghian@crowell.com
Marc Lawrence Godino mgodino@glancylaw.com
Mario Anthony Pacella mpacella@stromlaw.com
Mark S. Reich mreich@csgrr.com
Martha Kay Martin mmartin@crowell.com
Michael M. Goldberg info@glancylaw.com
Mila F Bartos mbartos@finkelsteinthompson.com
Penelope A. Preovolos PPreovolos@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com
Rosemary M. Rivas rrivas@finkelsteinthompson.com
Scott E. Poynter scott@emersonpoynter.com
Stephen A. Weiss sweiss@seegerweiss.com
W Lewis Garrison pputman@hgdlawfirm.com
William James Doyle bill@doylelowther.com
Aaron L. Agenbroad alagenbroad@jonesday.com
Arthur William Lazear awl@hoffmanandlazear.com
Catherine Suzanne Nasser cnasser@jonesday.com
H. Tim Hoffman hth@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

**Dated: March 21, 2012**                                **Richard W. Wieking, Clerk**

                                                        **By:    /s/ JW Chambers**
                                                            **Susan Imbriani**
                                                            **Courtroom Deputy**

2